UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-07486-JLS-AJR                                                Date: October 21, 2025
Title:  Ana M. Hanson et al v. H. Toji and Company et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On August 12, 2025, Plaintiffs Ana Hanson and Daniel Williams filed this ERISA action against Defendants H. Toji and Company, Hitoshi Toji, and American Contractors Indemnity Company seeking to recover unpaid contributions to employee benefit plans.  (Compl., Doc. 1.)  On August 27, 2025, Plaintiffs timely filed proof of service.  (Doc. 9.)  On September 17, 2025, Plaintiffs voluntarily dismissed Defendant American Contractors Indemnity Co. from the action.  (Doc. 10.)  No party in the case took any further action.  Plaintiffs did not file a request for default.

On October 6, 2025, this Court ordered Plaintiffs to show cause why the action should not be dismissed for lack of prosecution by October 14, 2025.  (Doc. 11).  The October 14 deadline has now passed and Plaintiffs failed to respond to the Court's Order to Show Cause.  Accordingly, the Court hereby DISMISSES this action without prejudice for failure to prosecute.

Initials of Deputy Clerk: kd